USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/21/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ASHLEY FRANCIS,

                 Plaintiff,

-against-

TOMPKINS SQUARE ACQUISITION LLC, SEVEN A CAFE INC. AND NEW 7A CAFE, LLC,

                 Defendants.

20 Civ. 4015 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that the initial pretrial conference scheduled for August 5, 2020 is ADJOURNED to **August 26, 2020**, at **10:40 a.m.** The parties' joint letter and proposed case management plan are due by **August 19, 2020**. The conference will proceed in accordance with the Court's Emergency Rules and Practices in light of COVID-19. Accordingly, it is ORDERED that at 10:40 a.m. on August 26, 2020, the parties shall call into the Court's dedicated conference line at (888) 398-2342, and then enter the access code 559-8827, followed by the pound sign.

    SO ORDERED.

Dated: July 21, 2020
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge