**PARKER HANSKI L**

40 WORTH STREET, 10TH FLOO
NEW YORK, NEW YORK 1001{
PHONE: 212.248.7400
FAX:    212.248.5600
Contact@ParkerHanski.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2020
```

August 24, 2020

<u>Via ECF</u>
The Honorable Analisa Torres
United States District Judge
Southern District of New York

    Re:    *Ashley Francis v. Tompkins Square Acquisition LLC, Seven A Cafe Inc. and New 7A Cafe, LLC*

<u>Docket No. 1:20-cv-04015 (AT) (KHP)</u>

Dear Judge Torres:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to adjourn the August 27, 2020 conference to September 1 or 3 of 2020. The reason for this application is because plaintiff has a conflict on August 27, 2020 and therefore needs to adjourn this conference. This is the first application to adjourn this conference and the appearing defendant consents. Thank you for your time and attention to this matter. With kindest regards, I am

GRANTED. The initial pretrial conference schedule for August 27, 2020, is ADJOURNED to **September 3, 2020**, at **10:40 a.m.** On September 3, 2020, the parties shall call into the Court's dedicated conference line at (888) 398-2342, and then enter the access code 5598827, followed by the pound sign.

SO ORDERED.

Dated: August 24, 2020
    New York, New York

*[signature]*

ANALISA TORRES
United States District Judge