```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ASHLEY FRANCIS,                                                  :
                                                                 :
                              Plaintiff,                         :
                                                                 :     20-CV-4015 (JPC)
               -v-                                               :
                                                                 :     ORDER
TOMPKINS SQUARE ACQUISITION LLC et al.,                          :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Defendants' request for leave to file a motion to compel, Dkt. 60, and Plaintiff's response, Dkt. 61. The Court will hold a teleconference to discuss Defendants' request on July 27, 2021 at 2:00 p.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

The Clerk of the Court is respectfully directed to terminate the motion pending at docket number 60.

    SO ORDERED.

Dated: July 14, 2021
      New York, New York

                                           JOHN P. CRONAN
                                         United States District Judge