USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ASHLEY FRANCIS,

                Plaintiff,

-against-

TOMPKINS SQUARE ACQUISITION LLC et al.,

                Defendants.
----------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

20-CV-4015 (JPC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 63). A telephone conference will be held on **Wednesday, August 11, 2021 at 3:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. **Please dial 212-805-0234.**

      **SO ORDERED**.

Dated: July 28, 2021
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge