```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ASHLEY FRANCIS,

                                        Plaintiff,                    **ORDER SCHEDULING**

                                                                      **SETTLEMENT CONFERENCE**
                        -against-
                                                                      **20-CV-4015 (JPC)**

TOMPKINS SQUARE ACQUISITION
LLC et al.,

                                        Defendants.
----------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A settlement conference in this matter utilizing Microsoft Teams is scheduled for

**Wednesday, September 15, 2021 at 11:00 a.m.**  Counsel for the parties will be sent an

invitation by Judge Parker's chambers prior to the scheduled conference date.  Corporate

parties must send the person with decision making authority to settle the matter to the

conference.  The parties are instructed to complete the Settlement Conference Summary

Report and prepare pre-conference submissions in accordance with the Judge Parker's

Individual Rules of Practice.  Updated pre-conference submissions must be received by the

Court no later than **September 8, 2021 by 5:00 p.m.**


       **SO ORDERED**.

Dated: August 11, 2021
       New York, New York

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge