```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/07/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ASHLEY FRANCIS,

                        Plaintiff,

        -against-

TOMPKINS SQUARE ACQUISITION
LLC et al.,

                      Defendants.
------------------------------------------------------------------X

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

20-CV-4015 (JPC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference in this matter utilizing Microsoft Teams that was scheduled for Wednesday, September 15, 2021 at 11:00 a.m. is hereby rescheduled to **Thursday, October 21, 2021 at 12:00 p.m.**  Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Updated pre-conference submissions must be received by the Court no later than **October 14, 2021 by 5:00 p.m.**

      **SO ORDERED**.

Dated: September 7, 2021
      New York, New York

                                                 */s/ Katharine H. Parker*
                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge