# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

October 4, 2021

<u>Via ECF and by email to CronanNYSDChambers@nysd.uscourts.gov.</u>
The Honorable John Peter Cronan
United States District Judge
Southern District of New York

      **Re:** *Ashley Francis v. Tompkins Square Acquisition LLC, Seven A Cafe Inc. and New 7A Cafe, LLC*

      **<u>Docket No. 1:20-cv-04015 (JPC) (KHP)</u>**

Dear Judge Cronan:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to adjourn the October 6, 2021 conference to any of the following dates and times during the week of October 11, 2021: Monday 10/11 (all day), Tuesday 10/12 (all day), Wednesday 10/13 (all day), or Thursday 10/14 (afternoon). The reason for this request is because plaintiff's counsel has a conflict on October 6, 2021. This is the first application to adjourn this conference and all the parties consent to this application. Thank you for your time and attention to this matter. With kindest regards, I am

                                  very truly yours,

                                  /s/
                              Glen H. Parker, Esq.

The Court conference scheduled on October 6, 2021 at 2:00 p.m. is adjourned to October 12, 2021 at 10:30 a.m. At the scheduled time, counsel for all parties should call 866-434-5269, access code 9176261.

SO ORDERED.

Date:   October 5, 2021
        New York, New York                _____
                                                JOHN P. CRONAN
                                            United States District Judge