```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ASHLEY FRANCIS,                                                        :
                                                                       :
                                Plaintiff,                             :
                                                                       :         20 Civ. 4015 (JPC)
               -v-                                                     :
                                                                       :         ORDER
TOMPKINS SQUARE ACQUISITION LLC,                                       :
SEVEN A CAFE INC. and NEW 7A CAFE, LLC,                                :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    The parties shall appear for a conference on November 16, 2021 at 11:30 a.m. to discuss the Proposed Order and Stipulation of Remediation, Dkt. 79. At the scheduled time, the parties should call (866) 434-5269, access code 9176261.

    SO ORDERED.

Dated: November 2, 2021
       New York, New York

                                                  JOHN P. CRONAN
                                          United States District Judge